## MOTION DOCKET

**90-859.** State v. Drexel. *Highland County,* No. 699. On motion for leave to file *amicus* of American Civil Liberties Union of Ohio Foundation, Inc. Motion granted.

Holmes, J., dissents.

**90-910.** State v. Jenks. *Cuyahoga County,* Nos. 56368 and 56373. On motion to exceed page limitation. Motion granted.

Moyer, C.J., and Holmes, J., dissent.

On motion to file additional copies of transcript. Motion denied.

Douglas, H. Brown and Resnick, JJ., dissent.

**90-1575.** Columbus v. Pub. Util. Comm. Public Utilities Commission, No. 89-943-GA-CMR. On motion for leave to intervene of Office of Consumers' Counsel. Motion granted.

Holmes, J., dissents.

**90-1576.** Industrial Energy Consumers v. Pub. Util Comm. Public Utilities Commission, Nos. 89-616-GA-AIR, 89-943-GA-CMR, 89-944-GA-CMR and 89-1586-GA-COI. On motion for leave to intervene of Office of Consumers' Counsel. Motion granted.

Holmes, J., dissents.

**90-1921.** State v. Morehead. *Hamilton County,* No. C-890534. On motion to dismiss. Motion to dismiss overruled.

## JURISDICTIONAL MOTIONS ALLOWED

**90-1578.** Sturm v. Sturm. *Ashtabula County,* No. 89-A-1451. On motion to certify record. Motion allowed.

Holmes, J., dissents.

On motion for leave to file memorandum in opposition instanter. Motion granted.

**90-1615.** State, ex rel. Lake Cty. Bd. of Commrs., v. Zupancic. *Lake County,* No. 89-L-14042.

**90-1660.** Hartford Casualty Ins. Co. v. Easley. *Franklin County,* No. 89AP-288.

Moyer, C.J., Wright and H. Brown, JJ., dissent.

**90-1668.** Kolenich v. Limbacher Paint & Color Works, Inc. *Cuyahoga County,* No. 56601.

Moyer, C.J., Holmes and Wright, JJ., dissent.

**90-1675.** Bowles v. Ohio Dept. of Transp. *Franklin County,* No. 89AP-1426.

Sweeney, Douglas and Resnick, JJ., dissent.

**90-1998.** State Farm Mut. Auto. Ins. Co. v. Kaser. *Ottawa County,* No. OT-89-6. On motion to consolidate with 90-1884, *State Farm Mut. Auto. Ins. Co.* v. *Kaser,* Ottawa County, No. OT-89-6. Motion granted. *Sua sponte,* the motion to certify in 90-1884 is allowed.

Moyer, C.J., Wright and H. Brown, JJ., dissent.

**90-2131.** State v. Peters. *Lorain County,* No. 89CA004733. On motion to consolidate with 90-2005, *State* v. *Peters,* Lorain County, No. 89CA004733. Motion granted. *Sua sponte,* the motion for leave to appeal in 90-2005 is allowed.